UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**ALTIERIS CHAVES PAIVA**

**V.**                                                    **CIVIL ACTION NO. 26-11603 DJC**

**ANTONE MONIZ, ET AL.**

**ORDER OF DISMISSAL**

CASPER, D.J.

      In light of the Court's previous allowance of the Petition (D. 1) to the extent explained in D. 9, and the denial of Petitioner's motion to enforce, D, 19, the Court DISMISSES the Petition.

June 22,  2026                                      /s/  Denise J. Casper
                                                   Chief District Judge